CLOSED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DARLENE R. ESPOSITO,

        Plaintiff(s),

v.

STORAGE BLUE,

        Defendant(s).

Civil Action No: 21-19579 (CCC)

**ORDER FOR DISMISSAL**

It appearing in the above captioned action that the plaintiff has failed to move this action by moving for default within the time frame established by this Court;

**It is on this 27th day of JANUARY, 2023;**

**ORDERED** that this action is hereby dismissed, without prejudice for failure to comply with the court's Order of November 16, 2022.

**HON. CLAIRE C. CECCHI**
United States District Judge